**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6973**

GRADY EDWARD LLOYD,

                Plaintiff - Appellant,

      v.

HONORABLE JUDGE EDWARD W. MILLER, Greenville County;
ATTORNEY JEFFREY M. SCHLIZ; SOUTH CAROLINA COURT OF APPEALS;
EDWIN BROWN PARKINSON, JR.,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  David C. Norton, District Judge.
(9:08-cv-00675-DCN)

Submitted:  November 20, 2008    Decided:  November 26, 2008

Before MOTZ and GREGORY, Circuit Judges, and  HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Grady Edward Lloyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grady Edward Lloyd appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lloyd v. Miller, No. 9:08-cv-00675-DCN (D.S.C. May 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Lloyd's motion for transcript at government expense is denied.

AFFIRMED